UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VEYTIA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LCC, et al.,<br><br>                              Defendants. | Case No.: 20-CV-0341-GPC-MSB<br><br>**ORDER STRIKING FAC AND ORDERING RE-FILING OF THE FAC.**<br><br>**[ECF No. 30.]** |

On June 26, 2020, Plaintiffs filed their First Amended Complaint ("FAC"). (ECF No. 23.) Exhibit "A" of the FAC includes the Plaintiffs' social security numbers. (*Id.* at 41.) The Parties now move to strike the FAC to protect Plaintiffs' "personal and sensitive" information, (ECF No. 30 at 2), which the Court may do pursuant to Federal Rule of Civil Procedure ("Rule") 12. *See* Fed. R. Civ. P 12(f) ("[t]he court may strike from a pleading . . . any redundant, immaterial, impertinent, or scandalous matter.").

The Parties further stipulate that (1) Plaintiffs will re-file the same document absent this sensitive information and that (2) Defendant's Motion for Partial Dismissal of the FAC shall be directed at the re-filed First Amended Complaint. (ECF No. 30 at 2–3; ECF No. 29.)

In light of the Parties' joint motion seeking to strike the Complaint, and their stipulations regarding the pending motion and forthcoming FAC, the Court finds good cause under Rule 12 to strike the currently-filed FAC. Accordingly, the First Amended Complaint, (ECF No. 23), is **HEREBY STRICKEN** in its entirety. Plaintiffs must re-file the new FAC no later than July 27, 2020.

**IT IS SO ORDERED.**

Dated: July 24, 2020

Hon. Gonzalo P. Curiel
United States District Judge